**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| JOEL ROSENFELD IRA, On Behalf of Itself and All Others Similarly Situated, | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) Case No. 1:17-cv-10309-DJC <br> ) <br> ) The Honorable Denise J. Casper |
| v. | ) <br> ) |
| CYNOSURE, INC., MICHAEL R. DAVIN, WILLIAM O. FLANNERY, BRIAN M. BAREFOOT, ETTORE V. BIAGIONI, MARINA HATSOPOULOS, and THOMAS H. ROBINSON, | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |
| Defendants. | ) <br> ) |

**NOTICE OF WITHDRAWAL OF
PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

Plaintiff Joel Rosenfeld IRA, by counsel, hereby withdraws its motion seeking a preliminary injunction.  In support of this withdrawal, Plaintiff states:

1.      The hearing on Plaintiff's motion for preliminary injunction is currently set for Thursday, March 9, 2017, at 10:00 A.M.

2.      Defendant Cynosure, Inc. will file an amended Schedule 14D-9 with the United States Securities and Exchange Commission that will moot the claims raised in Plaintiff's motion for preliminary injunction.

3.      Plaintiff no longer intends to request a preliminary injunction, and accordingly requests that the Court vacate the hearing scheduled for March 9, 2017 at 10:00 A.M.

4.       Plaintiff's counsel has spoken with counsel for Defendants who have appeared in this Action, and they have no objection to the withdrawal of the motion or vacating of the hearing date.

Dated: March 7, 2017

**MATORIN LAW OFFICE, LLC**

By:   */s/ Mitchell J. Matorin*
   Mitchell J. Matorin (BBO# 649304)
   18 Grove Street, Suite 5
   Wellesley, MA 02482
   (781) 453-0100
   mmatorin@matorinlaw.com

**OF COUNSEL:**

**WEISSLAW LLP**

Richard A. Acocelli
Michael A. Rogovin
Kelly C. Keenan
1500 Broadway, 16th Floor
New York, New York 10036
Tel: (212) 682-3025
Fax: (212) 682-3010

*Attorneys for Plaintiff Joel Rosenfeld IRA*

**Certificate of Service**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 7, 2017.

/s/ Mitchell J. Matorin