IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

JOEL ROSENFELD IRA, On Behalf of Itself )
and All Others Similarly Situated, )
)
         Plaintiff, )
) Civil Action No. 17-cv-10309-DJC
   v. )
)
CYNOSURE, INC., MICHAEL R. DAVIN, )
WILLIAM O. FLANNERY, BRIAN M. )
BAREFOOT, ETTORE V. BIAGIONI, )
MARINA HATSOPOULOS, and THOMAS )
H. ROBINSON, )
)
         Defendants. )
)

## STIPULATION AND [PROPOSED] ORDER CONCERNING PLAINTIFF'S VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a), and the stipulations of all parties who have appeared in the above case (the other parties never having been served), IT IS HEREBY ORDERED:

1. The above actions are voluntarily DISMISSED WITH PREJUDICE as to the above-named plaintiff only and DISMISSED WITHOUT PREJUDICE as to any members of the putative class.

2. This Court retains continuing jurisdiction for purposes of entertaining a mootness fee application, if any.

SO ORDERED

March 28, 2017.

_____
HON. DENISE J. CASPER

| | |
|---|---|
| Dated: March 27, 2017 | **MATORIN LAW OFFICE, LLC** |
| | By: /s/ *Mitchell J. Matorin* |
| | Mitchell J. Matorin (BBO# 649304) |
| **OF COUNSEL:** | 18 Grove Street, Suite 5 |
| | Wellesley, MA 02482 |
| **WEISSLAW LLP** | (781) 453-0100 |
| Richard A. Acocelli | mmatorin@matorinlaw.com |
| Michael A. Rogovin | |
| Kelly C. Keenan | *Attorneys for Plaintiff Joel Rosenfeld IRA* |
| 1500 Broadway, 16th Floor | |
| New York, New York 10036 | |
| Tel: (212) 682-3025 | |
| Fax: (212) 682-3010 | |
| | |
| Dated: March 24, 2017 | **WILMER CUTLER PICKERING HALE AND DORR** |
| | By: /s/ *Daniel W. Halston* |
| | Daniel W. Halston (BBO #548692) |
| | 60 State Street |
| | Boston, MA 020109 |
| | Telephone: (617) 526-6654 |
| | |
| | *Attorneys for Defendants Cynosure, Inc., Michael R. Davin, William O. Flannery, Brian M. Barefoot, Ettore V. Biagioni, and Marina Hatsopoulos* |

### Certificate of Service

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 27, 2017.

/s/ Mitchell J. Matorin

2